# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

Scott C. Smith

    Plaintiff(s),

vs.

George Anthony Devolder-Santos, in his official capacity as U.S. Representative

    Defendant(s).

Attorney: Devin Stone

Sanford Law Firm
10800 Financial Centre Pkwy, Suite 510
Little Rock AR 72211



*301780*

**Case Number: 1:23-cv-02002-TNM**

Legal documents received by Same Day Process Service, Inc. on **08/11/2023** at **1:28 PM** to be served upon **George Anthony Devolder-Santos, in his official capacity as U.S. Representative at 82 I St., SE, #402, Washington, DC 20003**

I, **Stuart Macpherson**, swear and affirm that on **August 17, 2023** at **9:45 AM**, I did the following:

**Personally** Served **George Anthony Devolder-Santos, in his official capacity as U.S. Representative** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; First Amended Complaint for Declaratory and Injunctive Relief; Complaint for Declaratory and Injunctive Relief** at **82 I St., SE, #402 , Washington, DC 20003**.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: Over 6ft Weight: Over 200 lbs Skin Color: Hispanic Hair Color: Black & Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Stuart Macpherson**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:301780

