IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**SCOTT C. SMITH**                                                                      **PLAINTIFF**
426 2nd Ave E
Kalispell, Montana 59901

vs.                                             1:23-cv-2002-TNM

**GEORGE ANTHONY DEVOLDER-SANTOS,**                              **DEFENDANT**
**in his official capacity as U.S. Representative**
1117 Longworth House Office Building
Washington, D.C. 20515

### <u>MOTION FOR CLERK'S ENTRY OF DEFAULT AND INCORPORATED BRIEF</u>

Plaintiff Scott C. Smith ("Plaintiff"), by and through his attorney Devin Stone of Eagle

Team, LLP, and for his Motion for Clerk's Entry of Default ("Motion"), does hereby state and

allege as follows:

1.      Plaintiff filed his Complaint in this action on July 12, 2023. ECF No. 1.

2.      Plaintiff filed his First Amended Complaint in this action on July 28. ECF No. 4.

3.      Plaintiff served Defendant George Anthony Devolder-Santos ("Defendant"), in his

official capacity as U.S. Representative, with Summons, copy the Complaint and copy of the First

Amended Complaint on August 17. ECF. 5.

4.      Defendant's deadline for filing and serving an Answer or Motion to Dismiss was

September 7.

5.      Defendant has not appeared nor filed or served an Answer or Motion to Dismiss in

accordance with Rule 12(a)(1) of the FRCP. *See* Declaration of Devin Stone ¶ 9, Exhibit 1.

6.      No extension for filing or serving a proper Answer or Motion to Dismiss has been

requested or granted. *Id.* at ¶ 10.

7.      Defendant is not in military service, so 50 U.S.C. § 3931 is no bar to entry of a default judgment against Defendant. *See* Department of Defense Status Report attached hereto as Exhibit 2.

8.      Defendant is in default, and the Clerk should enter a default a mandated by Rule 55(a) of the FRCP.

WHEREFORE, premises considered, Plaintiff Scott C. Smith respectfully requests that the Clerk enter the default of Defendant, United States Representative George Anthony Devolder-Santos, for attorney's fees and costs incurred herein, and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF SCOTT C. SMITH**

EAGLE TEAM, LLP
1050 Connecticut Ave NW, Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326

*/s/ Devin Stone*
Devin Stone
DC Bar No. 1022055
devin@eagleteam.law

**BRIEF IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff filed this lawsuit on July 12, 2023. *See* ECF No. 1. Plaintiff filed his First Amended Complaint in this action on July 28, 2023. *See* ECF No. 4. Plaintiff served Defendant George Anthony Devolder-Santos ("Defendant"), in his official capacity as U.S. Representative, with Summons, copy the Complaint and copy of the First Amended Complaint on August 17, 2023. *See* ECF. 5.

Defendant's deadline for filing and serving an Answer or Motion to Dismiss was September 7, 2023. *See* Fed. R. Civ. P. 12(a)(1) (requiring service of an answer within 21 days after service of the summons and complaint). Defendant has not appeared nor filed or served an Answer or Motion to Dismiss in accordance with Rule 12(a)(1) of the FRCP. *See* Declaration of Devin Stone ¶ 9, attached hereto as Exhibit 1 ("Stone Decl."). No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted. *Id.* at ¶ 10.

Plaintiff submitted a request for records of military service to the Servicemembers Civil Relief Act ("SCRA") Website and in response received a background report from the United States Department of Defense Manpower Data Center confirming that Defendant is not an active duty servicemember of any branch of the United States Uniformed Services. *See* Stone Decl. ¶ 12. In any civil action, the plaintiff must file an affidavit with the court "stating whether or not the defendant is in military service and showing necessary facts to support the affidavit[.]" 50 U.S.C. §3931(b)(1)(A). "The requirement for an affidavit … may be satisfied by a statement, declaration, verification, or certificate, in writing, subscribed and certified or declared to be true under penalty of perjury." 50 U.S.C. §3931(b)(4). Plaintiff's counsel has conducted the necessary inquiry to establish that Defendant is not in military service and has submitted a declaration satisfying these requirements. *Id.*

Defendant is in default, and the Clerk should enter his default as mandated by Rule 55(a). Plaintiff Scott C. Smith respectfully requests that the Clerk enter the default of Defendant, United States Representative George Anthony Devolder-Santos; for attorney's fees and costs incurred herein; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF SCOTT C. SMITH**

EAGLE TEAM, LLP
1050 Connecticut Ave NW, Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326

*/s/ Devin Stone*
Devin Stone
DC Bar No. 1022055
devin@eagleteam.law