IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**SCOTT C. SMITH**  **PLAINTIFF**
426 2nd Ave E
Kalispell, Montana 59901

vs.                                    1:23-cv-02002-TNM

**GEORGE ANTHONY DEVOLDER-SANTOS,**  **DEFENDANT**
**in his official capacity as U.S. Representative**
1117 Longworth House Office Building
Washington, D.C. 20515

## DECLARATION OF ATTORNEY DEVIN STONE

Attorney Devin Stone, after being duly sworn, and does hereby state and oath as follows:

1. I am over the age of 18, and legally qualified to execute this Declaration.

2. I am an attorney licensed and in good standing in Washington, DC. I practice law with the law firm of Eagle Team, LLP.

3. I am the attorney for Plaintiff Scott C. Smith.

4. The Complaint in this action was filed on July 12, 2023. ECF No. 1.

5. The Summons was issued by the Clerk of this Court on July 18, 2023. ECF No. 3.

6. The First Amended Complaint in this action was filed on July 28, 2023. ECF No. 4.

7. Plaintiff served Defendant George Anthony Devolder-Santos ("Defendant"), in his official capacity as U.S. Representative, with Summons, copy the Complaint and copy of the First Amended Complaint on August 17, 2023. ECF. 5.

8. Defendant's deadline for filing and serving an Answer or Motion to Dismiss was September 7, 2023.

9. As of the filing of Plaintiff's Motion for Clerk's Entry of Default, Defendant has not appeared, and I have received no responsive pleading or motion to dismiss relating to this action from or on behalf of Defendant.

10. Defendant has not requested an extension, and I have granted no extension of any kind to Defendant.

11. I know of no instances where Defendant has attempted to contact myself or Eagle Team, LLP.

12. On September 13, 2023, I personally submitted a record request for Defendant on the Servicemembers Civil Relief Act ("SCRA") Website, https://scra.dmdc.osd.mil/scra/#/single-record, and the Status Report that I received in response to my request from the Department of Defense Manpower Data Center confirmed that Defendant is not an active duty servicemember of any branch of the United States Uniformed Services.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: October 10, 2023

*/s/ Devin Stone*
**DEVIN STONE**