IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**SCOTT C. SMITH**  **PLAINTIFF**
426 2nd Ave E
Kalispell, Montana 59901

vs. 1:23-cv-2002-TNM

**GEORGE ANTHONY DEVOLDER-SANTOS,**  **DEFENDANT**
in his official capacity as U.S. Representative
1117 Longworth House Office Building
Washington, D.C. 20515

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Scott C. Smith, by and through his undersigned counsel and for his Notice of Voluntary Dismissal without Prejudice, hereby state as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiff hereby voluntarily dismisses his claims against Defendant without prejudice.

2. Service of process has not been obtained as to Defendant.

3. No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing party has neither served an answer nor a motion for summary judgment.

Plaintiff prays that this Court dismiss his claims against Defendant without prejudice and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF SCOTT C. SMITH**

EAGLE TEAM, LLP
1050 Connecticut Ave NW, Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326

*/s/ Devin Stone*
Devin Stone
DC Bar No. 1022055
devin@eagleteam.law